```
              FILED
     CLERK, U.S. DISTRICT COURT
            11/10/22
     CENTRAL DISTRICT OF CALIFORNIA
     BY:    WH        DEPUTY
```

JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA SPINE AND NEUROSURGERY INSTITUTE,<br><br>Plaintiff,<br><br>v.<br><br>MERCEDES-BENZ USA, INC., BLUE CROSS BLUE SHIELD HEALTHCARE PLAN OF GEORGIA, INC., AND DOES 1-10,<br><br>Defendants. | Case No.: 2:21-cv-08721-VAP-PD<br><br>**[PROPOSED] ORDER ON STIPULATION OF DISMISSAL OF ENTIRE ACTION WITH PREJUDICE** |

Based on the Stipulation of Defendants, MERCEDES-BENZ USA, LLC (erroneously sued as MERCEDES-BENZ USA, Inc.) and BLUE CROSS BLUE SHIELD HEALTHCARE PLAN OF GEORGIA, INC., (hereinafter "DEFENDANTS") and Plaintiff, CALIFORNIA SPINE NEUROSURGERY INSTITUTE,

It is **HEREBY ORDERED** as follows:

134211957v1

1. The above-entitled action, Case No. 2:21-cv-08721-VAP-PD, is dismissed in its entirety with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1); and

2. Each party shall bear their own costs and fees.

**IT IS SO ORDERED.**

Dated: 11/10/22                    By: _____
                                        Hon. Virginia A. Phillips